■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRYSTAL WHALEY, Appellant. [52 NYS3d 231]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (W. Miller, J.), imposed June 5, 2014, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of her right to appeal was valid, and precludes review of her contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Eng, P.J., Hall, LaSalle, Connolly and Brathwaite Nelson, JJ., concur.